UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------X
IBRAHIM KNIDEL                              :
                                            :
                Plaintiff,                  :    Civil Docket No. 4:14-cv-40079
                                            :
v.                                          :
                                            :
T.N.Z., INC., NOURIA ENERGY                 :
RETAIL, INC., NOURIA ENERGY                 :
CORPORATION, AND ZIAD EL-NEMR               :
                                            :
                Defendants.                 :
------------------------------------------------------X
```

## **WITHDRAWAL OF APPEARANCE OF COUNSEL**

I withdraw my appearance for the Plaintiff, Ibrahim Knidel, in the above-captioned case, and I certify that I gave notice of my withdrawal to all persons for whom I appeared and to all other parties in the case or to their attorneys. Attorney Melissa Pomfred shall remain as counsel for Plaintiff.

Dated: September 7, 2016

                                                     Respectfully Submitted,
                                                    IBRAHIM KNIDEL
                                                    By his attorney,

                                                    __/s/ Amy Romero _____
                                                    Amy Retsinas Romero (BBO 568825)
                                                    aromero@cla-ma.org
                                                    Community Legal Aid
                                                    405 Main Street, 4th Floor
                                                    Worcester, MA 01608
                                                    P: (508) 425-2810
                                                    F: (508) 752-5918

## CERTIFICATE OF SERVICE

I, Amy Romero, hereby certify that the above Local Rule 16.1(D)(3) Certification was electronically filed using the CM/ECF system, and that a copy has been electronically forwarded to counsel of record.

September 7, 2016  /s/ Amy Romero
Amy Romero